IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

FTX Trading Ltd., *et al.*,[1]

Debtors.

Chapter 11

Case No. 22-11068 (JTD)

(Jointly Administered)

**SUPPLEMENTAL GLOBAL NOTES REGARDING THE
DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS**

On March 14, March 15 and March 27, 2023, FTX Trading Ltd. and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") filed Schedules of Assets and Liabilities (each, an "Initial Schedule" and, collectively with attachments, the "Initial Schedules"), Statements of Financial Affairs (each, a "Statement" and, collectively with attachments, the "Statements") and their accompanying Global Notes (the "Initial Global Notes") with the United States Bankruptcy Court for the District of Delaware (the "Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") [D.I. 865-1083, D.I. 1166]. The Debtors hereby amend Schedule F of Assets and Liabilities of certain Debtors (each an "Amended Schedule" and collectively with attachments, the "Amended Schedules") and these Supplemental Global Notes regarding the Amended Schedules (the "Supplemental Global Notes").

The Supplemental Global Notes are in addition to, and do not amend, supersede or replace, other than to the extent expressly set forth herein, the Initial Global Notes. Each Amended Schedule supersedes and replaces in its entirety only the Customer Liabilities listed in the Schedule F of the applicable Debtor from the Initial Schedules. The Supplemental Global Notes incorporate the Statements, the Initial Schedules and the Initial Global Notes by reference, other than to the extent expressly set forth herein.

The Debtors prepared the Amended Schedules with the assistance of their advisors. In preparing the Amended Schedules, the Debtors and their advisors relied on financial data derived from their books and records that was available and accessible at the time of preparation. The Amended Schedules remain subject to further review and adjustment to reflect the Debtors' ongoing reconciliation efforts. As such, the Debtors reserve all of their rights, including to revise,

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX. The principal place of business of Debtor Emergent Fidelity Technologies Ltd is Unit 3B, Bryson's Commercial Complex, Friars Hill Road, St. John's, Antigua and Barbuda.

amend, supplement and/or adjust the Initial Schedules, the Statements, the Initial Global Notes, the Amended Schedules and these Supplemental Global Notes.

**Disclosures Applicable to the Amended Schedules**

1. Certain claim holders on the Initial Schedule F are listed as "Customers". The quantities and amounts scheduled for these Customers include the estimated account balance for each Customer, listed in the applicable digital or fiat asset for that balance, based on the Debtors' books and records. At the time of the filing of the Initial Schedules, the Debtors designated the customer liabilities as contingent, disputed and unliquidated because the Debtors were still in the process of internally examining potential claims. Where applicable, such designations have been removed. Certain customer liabilities on the Amended Schedules are still listed as "disputed," "contingent," and/or "unliquidated." Such liabilities include accounts where the Debtors have identified potentially fraudulent activity; locked tokens; customers using the non-Debtor Embed Clearing LLC ("Embed") program due to the identification of duplicative withdrawals; and liabilities against Quoine Pte Ltd. (d/b/a "Liquid Global"), FTX EU Ltd. (f/k/a K-DNA Financial Services Ltd., d/b/a "FTX EU"), and FTX Japan or Liquid platforms operated by FTX Japan K.K. ("FTX Japan"), for potential postpetition withdrawal rights. For the avoidance of doubt, customers with customer liabilities listed as disputed, contingent, or unliquidated must file a proof of claim by the respective bar date or their claim may be disallowed and expunged in full.

2. The Debtors have prepared the Amended Schedules to reflect information that became available to the Debtors following the filing of the Initial schedules. These changes include, but are not limited to, the below categories. These Supplemental Global Notes and the Initial Global Notes should be referred to, and referenced in connection with, any review of the Amended Schedules. The descriptions of the Amended Schedules in the Supplemental Global Notes are in summary only; if you are a customer with a potential claim against the Debtors, you should review the Amended Schedules in their entirety.

    a) **Quoine Pte Ltd. (d/b/a "Liquid Global") Balances** – The Debtors have prepared the Amended Schedules to include quantities and amounts of applicable digital or fiat assets of Customers against Quoine Pte Ltd. (d/b/a "Liquid Global"), records of which were previously unavailable. Customer activities in Liquid Global were halted on November 20, 2022. Postpetition deposits, withdrawals, and trading activities by Customers of Quoine Pte Ltd. are not included in the Amended Schedules.

    b) **Customers with Tokenized Equity** – The Debtors have prepared the Amended Schedules to remove tokenized equity from the customer liabilities.

c) **Customers with Only Non-Fungible Tokens** – The Debtors have prepared the Amended Schedules to add Customers with account holdings that are only comprised of Non-Fungible Tokens ("NFTs").

d) **Customers with No Positive Balance** – The Debtors' continued internal investigation revealed that a subset of Customers were incorrectly scheduled on the Initial Schedules with a net positive balance as of the Petition Date. The Debtors have prepared the Amended Schedules to correct these balances, indicating, where appropriate, instead that such Customers have no net positive balance.

e) **Corrected Certain Processing Withdrawals, Fees, Vouchers, Token Assignments, and Related Adjustments** – The Debtors' continued internal investigation revealed that certain processing withdrawals, fees, vouchers, token assignments and related adjustments required correction. The recalculation of such adjustments are reflected in the Amended Schedules. Specifically for customers of FTX EU, certain customer balances reflect reconciliation performed by FTX EU management for an FTX EU customer balance confirmation process.

f) **Corrected Debtor Entity** – Certain quantities and amounts of Customers were attributed to the incorrect Debtor entity on the Initial Schedules. The Debtors have revised these in the Amended Schedules to allocate Fiat and Crypto holdings to the appropriate debtor.

g) **Revised Customer Categorization** – Certain quantities and amounts of Customers that were incorrectly attributed to non-Customer claimants on the Initial Schedules have been revised in the Amended Schedule.

h) **Earn Program** – Customers who were participating in the earn program on the Petition Date have been noted as such in the Amended Schedule.

i) **Lend Program** – For Customers who were in a lend position as of the Petition Date, the Debtors have identified the lend balances as of Petition Date (shutdown date for FTX EU).

j) **Embed Program** – Scheduled customer liabilities include amounts which may have been withdrawn postpetition from Embed.

k) **FTX.com Derivative Positions** – FTX.com customer derivative positions are reported as of the time of petition (November 11, 2022 at 10:00 a.m., Eastern Time). All derivative positions regardless of quantity have been reported.

l) **FTX EU Derivative Positions** – FTX EU customer derivative positions are reported as of the time of system shutdown (November 11, 2022, at 10:28 p.m., Eastern Time) due to local European Union law. All FTX EU derivative positions were closed to fiat on November 12, 2022.

m) **FTX EU Withdrawals and NFTs** – For the purposes of the Amended Schedules, pending cryptocurrency withdrawals and NFTs for FTX EU customers are scheduled as against FTX Trading Ltd., not FTX EU, and remain subject to further review.

n) **FTX Japan Token Balances** – For the purposes of the Amended Schedules, non-whitelisted tokens and derivative positions are not included in the scheduled customer balances. Customer balances at Liquid Japan that were previously unavailable are added to the Amended Schedule. Other balance adjustments made in connection the FTX Japan asset migration and return process may also not be reflected in the Amended Schedule.

3. While the Debtors have made every reasonable effort to ensure that the Amended Schedules are accurate and complete, based upon the information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Amended Schedules and/or the Initial Schedules.

4. As noted in the Initial Global Notes, in order to preserve the confidentiality of customer identities and compliance with the *Order Authorizing the Movants to Redact or Withhold Certain Confidential Information of Customers and Personal Information of Individuals* [D.I. 1643], customers were scheduled utilizing an unique, individualized customer identification number (each, a "Customer Code") assigned to each applicable customer by the Debtors. The Debtors provided notice of a customer's Customer Code by email to the email on file for such customer. The Debtors did not change any of the Customer Codes in the Amended Schedules. Customers should refer to their previously received Customer Code to determine their scheduled amounts in the Amended Schedules.

5. For the avoidance of doubt, the Debtors reserve all rights to object to all claims listed on the Amended Schedules, the Statements and the Initial Schedules.

**Fill in this information to identify the case:**

Debtor: Quoine Pte Ltd

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 22-11161 (JTD)

☑ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                    | Total claim | Priority amount |
|-----|------------------------------------|-------------|-----------------|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____   $ _____

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____   $ _____

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____   $ _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Customer Liabilities - See Schedule F Attachments

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Liabilities

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

**3.2 Nonpriority creditor's name and mailing address**
Bybit Fintech Limited
1 SUPREME COURT LN
178879
SINGAPORE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Intellectual Property Dispute

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

**3.3 Nonpriority creditor's name and mailing address**
MARISA MCKNIGHT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Settlement Agreement

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

**3.4 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

**3.5 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

**3.6 Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

Debtor    Quoine Pte Ltd  
       Name

Case number (If known):    22-11161 (JTD)

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ___<br>☐ Not listed. Explain | |
| 4.2 | | Line ___<br>☐ Not listed. Explain | |
| 4.3 | | Line ___<br>☐ Not listed. Explain | |
| 4.4 | | Line ___<br>☐ Not listed. Explain | |
| 4.5 | | Line ___<br>☐ Not listed. Explain | |
| 4.6 | | Line ___<br>☐ Not listed. Explain | |
| 4.7 | | Line ___<br>☐ Not listed. Explain | |
| 4.8 | | Line ___<br>☐ Not listed. Explain | |
| 4.9 | | Line ___<br>☐ Not listed. Explain | |

| Debtor | Quoine Pte Ltd | Case number (If known) | 22-11161 (JTD) |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. | Total claims from Part 2 | 5b. + | $ 0.00 |
| | | | + Undetermined Amounts |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |
| | | | + Undetermined Amounts |

**Fill in this information to identify the case and this filing:**

Debtor name __Quoine Pte Ltd__

United States Bankruptcy Court for the: __District of Delaware__

Case number (If known) __22-11161 (JTD)__

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended Schedule __E/F__
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/27/2023__  
MM / DD / YYYY

X __/s/ Mary Cilia__  
Signature of individual signing on behalf of debtor

Mary Cilia  
Printed name

Chief Financial Officer  
Position or relationship to debtor